IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARSHALL FEATURE RECOGNITION, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANHEUSER-BUSCH COMPANIES, INC., ET. AL.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:14-cv-190<br>(Lead Case)<br><br>CIVIL ACTION NO. 2:14-cv-193<br>(Consolidated Case) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff Marshall Feature Recognition, LLC and defendant Target Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Marshall Feature Recognition, LLC against defendant Target Corporation are hereby dismissed with prejudice, and all counterclaims are dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 2nd day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE